**Lucila Jimenez VASQUEZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76010.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006 *.

Filed Dec. 27, 2006.

Lucila Jimenez Vasquez, Fontana, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Oil, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE and LEAVY, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

consider this petition. *See Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002).

**PETITION DISMISSED.**

**David Luis JIMENEZ; Rosa Leticia Jimenez, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–76406.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

David Luis Jimenez, Santa Ana, CA, pro se.

Rosa Leticia Jimenez, Santa Ana, CA, pro se.

Ronald E. LeFevre, Chief Counsel, San Francisco, CA, Kurt B. Larson, Esq., Washington, DC, for Respondent.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

## MEMORANDUM **

David Luis Jimenez and Rosa Leticia Jimenez, married natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's ("IJ") decision denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the IJ's discretionary determination that the petitioners failed to show exceptional and extremely unusual hardship, and thus do not consider the petitioners' contention that the IJ failed to consider all of the hardship factors. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

